FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-14-00181-CR

Michael A. **RIVAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-04-10954-CR
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

In 2014, a jury found Appellant Michael Rivas guilty of murder, aggravated assault with a deadly weapon, and criminal conspiracy related to the death of Felix Flores. Rivas was sentenced to imprisonment for life. On February 3, 2016, in appeal number 04-14-00181-CR, this court issued its opinion which affirmed—as reformed—the trial court's judgment. On June 3, 2016, this court issued its mandate in that appeal.

On January 17, 2023, Appellant filed his "Motion for Consid[er]ing Ruling."

This court's plenary power in appeal number 04-14-00181-CR has expired; this court no longer has jurisdiction in that appeal. *See* TEX. R. APP. P. 19.1 (plenary power period); *id.* 19.3 ("After its plenary power expires, the court cannot vacate or modify its judgment.").

Further, this court has "no jurisdiction over post-conviction writs of habeas corpus in felony cases." *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding); *accord* TEX. CODE CRIM. PROC. ANN. art. 11.07. Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained and made returnable to the Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07(b).

To obtain a free copy of the record to prepare a post-conviction writ of habeas corpus, Appellant must file a motion in the trial court in which the conviction was obtained and demonstrate that his claim is not frivolous and that the record is needed to decide the issues presented. *See United States v. MacCollom*, 426 U.S. 317, 325–26 (1976); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2023.

MICHAEL A. CRUZ, Clerk of Court